IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., <br><br> Postfach 20 07 33, 80007 <br> Munich, Germany <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> 1221 Avenue of the Americas, <br> New York, New York 10020 <br><br> Defendant. | Case: 1:21−mc−00014 <br> Assigned To : Kollar−Kotelly, Colleen <br> Assign. Date : 2/19/2021 <br> Description: Misc. <br><br> Misc. Action No. _____ <br><br> Civ. Action No. 1:17-cv-00184-JFB-SRF <br> [Related case pending in the United States District Court for the District of Delaware] |

**MOTION TO QUASH SUBPOENA TO NON-PARTY MY-CHAU NGUYEN AND FOR A PROTECTIVE ORDER**

Non-party My-Chau Nguyen, a resident of Washington D.C., respectfully moves pursuant to Federal Rule of Civil Procedure 45(d)(3) to quash the deposition subpoena issued by Plaintiff Fraunhofer Gesellschaft Zur Förderung der Angewandten Forschung E. V. ("Fraunhofer") in the lawsuit pending in the United States District Court for the District of Delaware, captioned *Fraunhofer-Gesellschaft zur Forderung der Angewandten Forschung E. V. v. Sirius XM Radio Inc.*, Civ. Action No. 1:17-cv-00184-JFB-SRF (the "Delaware Action"), and for entry of a protective order pursuant to Federal Rule of Civil Procedure 26(c) preventing such deposition from proceeding.

In support of her motion, Ms. Nguyen relies on the Memorandum in Support and the Proposed Order filed herewith.

|  |  |
|---|---|
| Dated: February 19, 2021 | MY-CHAU NGUYEN<br>By counsel |
|  | /s/ Rebecca L. Saitta<br>Rebecca L. Saitta (D.C. Bar No. 488110)<br>Ashley E. Bouchez (D.C. Bar No. 1658447)<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br>Tel: 202.719.7000<br>Fax: 202.719.7049<br>rsaitta@wiley.law<br>abouchez@wiley.law<br><br>Mark A. Baghdassarian (*pro hac vice* forthcoming)<br>Benu C. Wells (*pro hac vice* forthcoming)<br>Shannon H. Hedvat (D.C. Bar No. 1010532, *pro hac vice* forthcoming)<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.715.9100<br>Fax: 212.715.8362<br><br>*Counsel for Non-Party My-Chau Nguyen* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2021, I electronically filed the foregoing with the Clerk of Court via email, and served the foregoing via email to the following:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Ben J. Yorks
David McPhie
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel: (949) 760-0991
Fax: (949) 760-5200
byorks@irell.com
dmcphie@irell.com

*Counsel for Plaintiff Fraunhofer-Gesellschaft Zur Förderung Der Angewandten Forschung E.V.*

    /s/ Rebecca L. Saitta
    Rebecca L. Saitta (DC Bar No. 488110)