CO-386
10/2018

# United States District Court
# For the District of Columbia

MY-CHAU NGUYEN   MOVANT   )
FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V.,   )
)
)
      Plaintiff   )   Civil Action No. __21-mc-00014__
vs   )
SIRIUS XM RADIO INC.,   )   C.A. No. 17-cv-00184-JFB-SRF
)   [Related case pending in the United States District
)   Court for the District of Delaware]
      Defendant   )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Fraunhofer-Gesellschaft Zur Foroederung der Angewandten Forschung E.V. ("Fraunhofer")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fraunhofer__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Alexis P. Federico
_____
Signature

CA00030
_____
BAR IDENTIFICATION NO.

Alexis Paschedag Federico
Print Name

840 Newport Center Drive, Suite 400
Address

Newport Beach    CA    92660
City        State       Zip Code

949-760-0991
Phone Number

## **CERTIFICATE OF SERVICE**

I certify that I provided a true and correct electronic copy of the foregoing to the following counsel via electronic email on March 3, 2021:

| | |
|---|---|
| *Counsel for Non-party My-Chau Nguyen:*<br><br>Rebecca L. Saitta (DC Bar No. 488110)<br>Ashley Bouchez (DC Bar No. 1658447)<br>WILEY REIN LLP<br>1776 K Street, NW Washington, DC 20006<br>Tel: (202) 719-7000<br>Fax: (202) 719-7049<br>rsaitta@wiley.law<br>ABouchez@wiley.law | *Counsel for Plaintiff Fraunhofer-Gesellschaft Zur Förderung Der Angewandten Forschung E.V.*<br><br>Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| *Counsel for Defendant Sirius XM Radio, Inc.*<br><br>POTTER ANDERSON & CORROON LLP<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com | *Counsel for Defendant Sirius XM Radio, Inc.*<br><br>Jonathan S. Caplan<br>Mark A. Baghdassarian<br>Shannon H. Hedvat<br>Benu Wells<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100<br>MBaghdassarian@KRAMERLEVIN.com<br>SHedvat@KRAMERLEVIN.com<br>JCaplan@KRAMERLEVIN.com<br>BWells@KRAMERLEVIN.com |

/s/  *Alexis P. Federico*
Alexis P. Federico