# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | Misc. Action No. 21-mc-00014 (CKK) <br><br> Civ. Action No. 1:17-cv-00184-JFB-SRF <br> [Related case pending in the United States District Court for the District of Delaware] |

## NOTICE OF APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this Court *pro hac vice*, and I appear in this case as counsel for non-party My-Chau Nguyen. This notice is filed pursuant to Local Rule 83.6(a). A declaration certifying my familiarity with this Court's local rules is attached.

Date: March 12, 2021

Respectfully submitted,

*/s/ Benu C. Wells*
Benu C. Wells
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-7590
Fax: (212) 715-8314
bwells@kramerlevin.com

*Counsel for Non-party My-Chau Nguyen*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel was served by CM/ECF and electronic mail, on March 12, 2021, on all counsel or parties of record in this matter.

/s/ Benu C. Wells
Benu C. Wells
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-7590
Fax: (212) 715-8314
bwells@kramerlevin.com

*Counsel for Non-party My-Chau Nguyen*